

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

MELISA A. FOSTER

                Plaintiff(s),

Case No. 11-cv-2675-CMK

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
                Defendant(s).

I, _____ Frederick J. Daley, Jr. attorney for    MELISSA A. FOSTER

hereby petition for admission to practice *Pro Hac Vice* under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Daley, DeBofsky & Bryant |
| Address: | 55 W. Monroe St., Suite 2440 |
| City: | Chicago |
| State: | IL       ZIP Code:  60603 |
| Voice Phone: | ( 312 )   372-5200 |
| FAX Phone: | ( 312 )   372-2778 |
| Internet E-mail: | fdaley@ddbchicago.com |
| Additional E-mail: | DDBECF@ddbchicago.com |
| I reside in City: | Chicago            State:   IL |

I was admitted to practice in the _____Supreme Court of Illinois_____ (court) on _____June 4, 1974_____(date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application along with a complete list of my Court admissions. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a *pro hac vice* application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: _____Harvey Sackett_____
Firm Name: _____Sackett & Associates_____
Address: _____1055 Lincoln Ave._____
City: _____San Jose_____
State: ___CA___   ZIP Code: ___95125___
Voice Phone: ( 408 ) 295-7755
FAX Phone: ( 408 ) 795-7444
E-mail: __hps@sackettlaw.com__
Dated: ___October 10, 2011___   Petitioner: _____
Dated: ___October 10, 2011___   Local Counsel: ___s/Harvey Sackett___

**ORDER**

IT IS SO ORDERED.

**Date: 10/17/2011**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE