IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISA A. FOSTER, | No. CIV S-11-2675-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On December 2, 2011, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to notify the court that documents necessary for service of process had been delivered to the United States Marshal, as required by the court's scheduling order. On January 4, 2012, plaintiff filed a response indicating that, while she had sent the service documents to the United States Marshal, those documents were apparently lost. She seeks additional time to re-submit the service documents. Good cause appearing therefor, the request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 2, 2011, order to show cause is discharged;

2. Plaintiff's request for an extension of time is granted; and

3. Within 15 days from the date of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and file a statement with the court that said documents have been submitted to the United States Marshal.

DATED: January 6, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE