UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
REDDING DIVISION

| | | |
|---|---|---|
| MELISA A. FOSTER | ) | |
|       Plaintiff, | ) | |
| | ) | Case No.: 2:11-cv-02675-CMK |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Hon. Craig M. Kellison |
| Commissioner of Social Security, | ) | U.S. Magistrate Judge |
| | ) | |
|       Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for an Enlargement of the Briefing Schedule filed on May 11, 2012.

Having reviewed the Motion and considering the grounds cited by Plaintiff, the Court GRANTS Plaintiff's Motion and asks the Clerk of the Court to enlarge the briefing schedule and re-set the deadlines as follows: Plaintiff's Opening brief due June 10, 2012; Defendant's Response Brief due 30 days after; and Plaintiff's Reply Brief due 20 days following the filing of the responsive brief.

So ordered.

**Date: 5/21/2012**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

To:  Harvey P. Sackett
 Sackett & Herrera
 P.O. Box 5025
 1055 Lincoln Avenue
 San Jose, CA 95150-5025
 hps@sackettlaw.com

 BOBBIE J. MONTOYA
 Assistant United States Attorney
 501 I Street, Suite 10-100
 Sacramento, CA 95814

The undersigned attorney hereby certifies that on May 11, 2012, he electronically filed the foregoing PROPOSED ORDER with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to local counsel Harvey Sackett and Bobbie J. Montoya, the above-named attorneys, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: n/a.

|  |  |
|---|---|
|  | s/Frederick J. Daley, Jr. |
|  | Frederick J. Daley, Jr. |
| Daley, DeBofsky & Bryant | Attorney for Plaintiff |
| 55 West Monroe St., Suite 2440 | Melisa A. Foster |
| Chicago, Illinois 60603 | fdaley@ddbchicago.com |
| (312) 372-5200 |  |
| (312) 372-2778 *fax* |  |