BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MELISSA FOSTER, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | Case No. 2:11-cv-02675-CMK <br><br> STIPULATION AND ORDER FOR <br> A SECOND EXTENSION OF 30 DAYS FOR <br> PLAINTIFF TO FILE HER MOTION <br> FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a second extension of time of 30 days to file her motion for summary judgment.  The undersigned counsel are attempting to determine whether this case can be settled, and counsel for Defendant requires additional time to communicate with his client regarding possible settlement.  Thus, the parties request an additional 30 days to attempt to settle the case or in the alternative for Plaintiff to brief the case.

    The current due date is June 10, 2012; the new due date will be July 10, 2012.

    Respectfully submitted June 8, 2012.

Stip. & Prop. Order for Extension        1

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated: June 8, 2012 | */s/ Richard Hu* |
|     | (As authorized via email) |
|     | RICHARD HU |
|     | Attorney for Plaintiff |
|     |     |
|     | BENJAMIN B. WAGNER |
|     | United States Attorney |
|     |     |
| Date: June 8, 2012 | By *s/ Daniel P. Talbert* |
|     | DANIEL P. TALBERT |
|     | Special Assistant U. S. Attorney |
|     |     |
|     | Attorneys for Defendant Michael J. Astrue |

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: June 14, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension          2