BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MELISA FOSTER, <br>     Plaintiff, <br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendant. | Case No. 2:11-cv-02675-CMK <br><br> STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's previously filed application for EAJA attorney's fees is withdrawn.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of THREE THOUSAND dollars and 0 cents ($3,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release

from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

Following the issuance of an order by the Court, the United States Department of the Treasury will determine whether Plaintiff owes a government debt and take appropriate action according to its own statutes and regulations, as permitted by Astrue v. Ratliff, 130 S.Ct. 2521 (2010). If no debt is owed, then the Government will accept Plaintiff's assignment of EAJA fees and make the check payable to Frederick J. Daley, counsel for Plaintiff.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted August 23, 2012.

Dated: August 23, 2012            */s/ Richard Hu*
                                  (As authorized via email)
                                  RICHARD HU
                                  Attorney for Plaintiff


                                  BENJAMIN B. WAGNER
                                  United States Attorney

Date: August 23, 2012        By *s/ Daniel P. Talbert*
                                  DANIEL P. TALBERT
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant Michael J. Astrue


ORDER

APPROVED AND SO ORDERED.

DATED: August 31, 2012

                                  CRAIG M. KELLISON
                                  UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for EAJA                 2